| AO 10<br>Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2016 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Sotomayor, Sonia | 2. Court or Organization<br><br>Supreme Court of the United States | 3. Date of Report<br><br>5/09/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Associate Justice | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

1 First Street, NE
Washington, DC 20543

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Governing Director | iCivics |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sotomayor, Sonia | 5/09/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Bronx Defenders | 1/26/2016 | New York, NY | Acceptance of "Partners in Justice" Award | Transportation and Meals |
| 2. | Federal Bar Council | 1/31/2016 through 2/6/2016 | Hualalai, Kona, Hawaii | Attendance at annual meeting and participation in panel discussions | Transportation, Lodging and Meals |
| 3. | New York University School of Law | 2/8/2016 | New York, NY | Question and Answer conversation with Annual Survey of American Law staff | Transportation and Meals |
| 4. | Supreme Court Historical Society | 2/24/2016 | New York, NY | Attendance at dinner | Transportation and Meals |

| Name of Person Reporting | Date of Report |
|---|---|
| **Sotomayor, Sonia** | 5/09/2017 |

| | | | | | |
|---|---|---|---|---|---|
| 5. | New Mexico Hispanic Women's Council | 4/4/2016 | Albuquerque, NM | Question and Answer Conversation | Transportation, Lodging and Meals |
| 6. | St. John's University | 4/6/2016 | Santa Fe, NM | Question and Answer Conversation with Faculty and Students | Transportation, Lodging and Meals |
| 7. | Wheelock College and Inquilinos Boricuas en Accion (Puerto Rican Tenant Action) | 5/6/2016 through 5/7/2016 | Boston, MA | Address to Youth Symposium and Reception | Transportation, Lodging and Meals |
| 8. | Alaska Bar Association | 8/16/2016 through 8/17/2016 | Anchorage, AK | Question and Answer Conversation with Bar Assocation members and reception | Transportation, Lodging and Meals |
| 9. | Association of the Bar of the City of New York | 10/25/2016 | New York, NY | Panel Discussin with Justice Ginsburg | Transportation and Meals |
| 10. | Cobian Media | 9/28/2016 through 9/30/2016 | San Juan, Puerto Rico | Question and Answer Conversation at Animus Women's Innovation Summit | Transportation, Lodging and Meals |
| 11. | Aspen Institute | 12/9/2016 | New York, NY | Acceptance of Preston Tisch Award | Transportation and Meals |

| Name of Person Reporting | Date of Report |
|---|---|
| Sotomayor, Sonia | 5/09/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | JP Morgan Chase, NA | Mortgage on Rental Property #1, New York, New York (Pt. VII, Line 11) | N |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Citibank, N.A. Accounts | A | Interest | N | T | | | | | |
| 2. Morgan Stanley Bank, NA (H) | A | Interest | J | T | | | | | |
| 3. Templeton Global Bond A Fund | A | Dividend | K | T | | | | | |
| 4. Columbia TRI LC Growth Class A MF Fund | A | Dividend | L | T | | | | | |
| 5. Nuveen NWQ Large Cap Value A Fund | A | Dividend | L | T | | | | | |
| 6. Thornburg IN Growth A Fund | A | Dividend | L | T | | | | | |
| 7. Franklin FLTG RT DLY Access A Common | B | Dividend | L | T | | | | | |
| 8. Morgan Stanley Bank, NA (IRA) (H) | A | Interest | J | T | | | | | |
| 9. Blackrock GLB Allocation FD Class A (IRA) | A | Dividend | L | T | | | | | |
| 10. Pimco Unconstrained BDA (IRA) | A | Dividend | K | T | | | | | |
| 11. Rental Property #1, New York, NY Appraised 2012 | D | Rent | P1 | Q | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | | |
| | U =Book Value | V =Other | W =Estimated | | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I - I officially became a director of this organization in November, 2015.

Part III - As I received no "Non-Investment Income" in 2016, Part III is marked "None". Furthermore, I have been advised by the Knopf Doubleday Group, publisher of my memoir, "My Beloved World", that it disbursed no funds during 2016 to promote the sale of the book.

Part IV - Items 5 and 6 - The sponsors of these events shared the cost of transportation.

Part IV - Item 7 - The sponsors of this event shared the cost of transportation, lodging and meals.

Part IV - Item 8 - In conjunctin with this event, I participated in several events at the University of Alaska Fairbanks between August 14 and 16. The events at the University were co-sponsored by Alaska Airlines. The University provided roundtrip air transportation to and from New York utilizing travel vouchers donated by Alaska Airlines to the University.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Sonia Sotomayor**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544